Term, 1854.] · The State Bank vs. Lawson, et al. &c., &c.

THE STATE BANK VS. LAWSON ET AL.

*Error to Pulaski Circuit Court.*

HEMPSTEAD, for the plaintiff.

PIKE & CUMMINS, contra.

---

THE STATE BANK VS. FOWLER ET AL.

*Error to Pulaski Circuit Court.*

HEMPSTEAD, for the plaintiff.

FOWLER, contra.

---

STEELE, USE, &C. VS. ALEXANDER ET AL.

*Error to Pulaski Circuit Court.*

HEMPSTEAD, for the plaintiff,

FOWLER, contra.

Mr. Chief Justice WATKINS, delivered the opinion of the Court.

These cases involve the same question decided in *Hanly vs. Carneal:* and the executions which issued after the act of January 10th, 1853, having been quashed, because there had been no revival, nor any regular issuance of execution within a year and a day, and the cases in other respects coming within that decision, the judgments are reversed.